No. 275. KING *v.* SOUTH DAKOTA ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court

of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *J. B. King, pro se.*